745 A.2d 524

IN THE MATTER OF JOHN JAY PERRONE,
AN ATTORNEY AT LAW.

February 23, 2000.

## ORDER

**JOHN JAY PERRONE** of **RED BANK,** who was admitted to the bar of this State in 1984, having entered a plea of guilty in the United States District Court for the District of New Jersey to a one-count federal Information charging him with mail fraud in violation of 18 *U.S.C.A.* § 1341, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JOHN JAY PERRONE** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **JOHN JAY PERRONE** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JOHN JAY PERRONE** comply with *Rule* 1:20–20 dealing with suspended attorneys.